| | |
|---|---|
| KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com <br> ANNE E. KEARNS (SBN 183336) akearns@ksrh.com <br> KELLER, SLOAN, ROMAN & HOLLAND LLP <br> 555 Montgomery Street, 17th Floor <br> San Francisco, California 94111 <br> Telephone:  (415) 249-8330 <br> Facsimile:  (415) 249-8333 <br> Attorneys for Plaintiff GUCCI AMERICA, INC. | STEVEN SHERIFF ABERN (SBN 148690) sabern@htalaw.com <br> BENJAMIN A. THOMPSON (SBN 236590) bthompson@htalaw.com <br> HAAPALA, THOMPSON & ABERN, LLP <br> 1939 Harrison Street, Suite 800 <br> Oakland, California 94612 <br> Telephone: (510) 763-2324 <br> Facsimile: (510) 273-8570 <br> Attorneys for Defendant CYNTHIA CHAN KING, individual, d/b/a CHAN'S ART & GIFT |
| CURTIS R. TINGLEY (SBN 112322 ctingley@tingleyllp.com <br> KEVIN P. O'BRIEN (SBN 215148) kobrien@tingleyllp.com <br> KEVIN W. ISAACSON (SBN 281067) kisaacson@tingleyllp.com <br> TINGLEY LAW GROUP, PC <br> 10 Almaden Boulevard, Suite 430 <br> San Jose, California 95113 <br> Telephone: (408) 283-7000 <br> Facsimile: (408) 283-7010 <br> Attorneys for Defendant GOLDEN HARVEST INVESTMENT AND TRADING, INC. | KEITH WILEMAN (SBN 111225) kwileman@veatchfirm.com <br> S. MARTIN KELETI (SBN 144208) mkeleti@veatchfirm.com <br> VEATCH CARLSON LLP <br> 700 south Flower Street, 22nd Floor <br> Los Angeles, CA 90017-4209 <br> Telephone: (213) 381-2861 <br> Facsimile:  (213) 383-6370 <br> Attorneys for Defendant JUAN HUYNH dba T & L T SHIRTS (sued as TNL a/k/a T & L T SHIRT) |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, <br><br> Plaintiff, <br> v. <br><br> GOLDEN HARVEST INVESTMENT AND TRADING INC., a California corporation, TNL a/k/a T & L T SHIRT, an entity of unknown make-up, CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS, DOE 1 doing business at 615 GRANT AVENUE, an entity of unknown make-up, and DOES 1-10, | Case Number: C 13-1197-CRB <br><br> JOINT STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Current Date: September 13, 2013 <br> Proposed Date: October 11, 2013 |

1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
Case Number: C 13-1197-CRB

Defendants.

Plaintiff Gucci America, Inc. and Defendants Golden Harvest and Trading, Inc., Cynthia Chan King aba Chans Art & Gifts, and Juan Huynh dba T & L T Shirts (sued as TNL a/k/a T & L T Shirt) (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

WHEREAS the Case Management Conference in this case is currently scheduled for September 13, 2013 at 8:30 a.m.;

WHEREAS the deadline for completing mediation is October 15, 2013 (ECF 32);

WHEREAS the parties have scheduled mediation with mediator Mark LeHocky for October 8, 2013 at 10:00 a.m. in San Francisco, California;

WHEREAS the parties agree that, for the sake of judicial economy, it makes sense to continue the Case Management Conference from September 13, 2013 until after the October 8, 2013 mediation.

THE PARTIES HEREBY STIPULATE and agree that, subject to the Court's approval, the Case Management Conference be continued to <u>October 11, 2013 at 8:30 a.m.</u>, or as soon thereafter as can be heard by the Court.

**IT IS SO STIPULATED AND AGREED,**

KELLER, SLOAN, ROMAN & HOLLAND LLP

DATED:  8/28/13            By: _____/S/_____
                                Anne E. Kearns
                                Attorneys for Plaintiff Gucci America, Inc.


TINGLEY LAW GROUP, PC

DATED:  8/28/13            By: _____/S/_____
                                Kevin P. O'Brien
                                Attorneys for Defendant Golden Harvest

//

//
//

HAAPALA, THOMPSON & ABERN, LLP

DATED: 8/28/13      By:_____/S/_____
                          Steven Sheriff Abern
                          Attorneys for Defendant Cynthia Chan King

VEATCH CARLSON, LLP

DATED: 8/28/13      By:_____/S/_____
                          S. Martin Keleti
                          Attorneys for Defendant Juan Huynh dba T & L T
                          Shirts (sued as TNL a/k/a T & L T Shirt)

I hereby attest that I have been authorized by counsel for Defendants Golden Harvest Investment and Trading, Inc., Cynthia Chan King (individually and d/b/a/ Chan's Art & Gifts d/b/a Chan & Art & Gifts d/b/a/ Char's Art & Gifts d/b/a Chan Art Gifts), and Defendant TNL a/k/a T & L T Shirt to execute on their behalf this Stipulation and [Proposed] Order to Continue Case Management Conference.

Executed on this 28th day of August, 2013, at San Francisco, California.

_____/S/_____
ANNE E. KEARNS

## ORDER

FOR GOOD CAUSE SHOWN, the Case Management Conference in this case, currently scheduled for September 13, 2013 is now continued to October 11, 2013, at 8:30 a.m. in this Courtroom.

**IT IS SO ORDERED.**

Dated: September 6, 2013        _____
                                UNITED STATES DISTRICT COURT JUDGE
                                Honorable Judge Charles R. Breyer

3