| | |
|---|---|
| KENNETH E. KELLER (SBN 71450)<br>kkeller@ksrh.com<br>ANNE E. KEARNS (SBN 183336)<br>akearns@ksrh.com<br>KELLER, SLOAN, ROMAN & HOLLAND LLP<br>555 Montgomery Street, 17th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 249-8330<br>Facsimile:  (415) 249-8333<br>Attorneys for Plaintiff GUCCI AMERICA, INC. | STEVEN SHERIFF ABERN (SBN 148690)<br>sabern@htalaw.com<br>BENJAMIN A. THOMPSON (SBN 236590)<br>bthompson@htalaw.com<br>HAAPALA, THOMPSON & ABERN, LLP<br>1939 Harrison Street, Suite 800<br>Oakland, California 94612<br>Telephone: (510) 763-2324<br>Facsimile: (510) 273-8570<br>Attorneys for Defendant CYNTHIA CHAN KING, individual, d/b/a CHAN'S ART & GIFT |
| CURTIS R. TINGLEY (SBN 112322<br>ctingley@tingleyllp.com<br>KEVIN P. O'BRIEN (SBN 215148)<br>kobrien@tingleyllp.com<br>KEVIN W. ISAACSON (SBN 281067)<br>kisaacson@tingleyllp.com<br>TINGLEY LAW GROUP, PC<br>10 Almaden Boulevard, Suite 430<br>San Jose, California 95113<br>Telephone: (408) 283-7000<br>Facsimile: (408) 283-7010<br>Attorneys for Defendant GOLDEN HARVEST INVESTMENT AND TRADING, INC. | KEITH WILEMAN (SBN 111225)<br>kwileman@veatchfirm.com<br>S. MARTIN KELETI (SBN 144208)<br>mkeleti@veatchfirm.com<br>VEATCH CARLSON LLP<br>700 south Flower Street, 22nd Floor<br>Los Angeles, CA 90017-4209<br>Telephone: (213) 381-2861<br>Facsimile:  (213) 383-6370<br>Attorneys for Defendant JUAN HUYNH dba T & L T SHIRTS (sued as TNL a/k/a T & L T SHIRT) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>            Plaintiff,<br>v.<br><br>GOLDEN HARVEST INVESTMENT AND TRADING INC., a California corporation, TNL a/k/a T & L T SHIRT, an entity of unknown make-up, CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS, DOE 1 doing business at 615 GRANT AVENUE, an entity of unknown make-up, and DOES 1-10,<br><br>            Defendants. | Case Number: C 13-1197-CRB<br><br>JOINT STIPULATION AND ORDER TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date: October 11, 2013<br>Proposed Date: November 1, 2013 |

1

---

STIPULATION AND [PROPOSED] ORDER
TO FURTHER CONTINUE CASE MANAGEMENT CONFERENCE
Case Number: C 13-1197-CRB

1  Plaintiff Gucci America, Inc. and Defendants Golden Harvest and Trading, Inc., Cynthia Chan King aba Chans Art & Gifts, and Juan Huynh dba T & L T Shirts (sued as TNL a/k/a T & L T Shirt) (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

WHEREAS the Case Management Conference in this case was initially scheduled for September 13, 2013 at 8:30 a.m.;

WHEREAS the Court continued that Case Management Conference to October 11, 2013, per the Parties' stipulation, so that the parties could engage in mediation with mediator Mark LeHocky on October 8, 2013 at 10:00 a.m. in San Francisco, California. (ECF 44).

WHEREAS the parties agree that should the case not settle at mediation on October 8, 2013, they will need additional time to meet and confer to prepare a Joint Case Management Conference Statement.

WHEREAS the parties agree that, for the sake of judicial economy, it makes sense to continue the Case Management Conference from October 11, 2013, to November 1, 2013.

THE PARTIES HEREBY STIPULATE and agree that, subject to the Court's approval, the Case Management Conference be continued to <u>November 1, 2013 at 8:30 a.m.</u>, or as soon thereafter as can be heard by the Court.

**IT IS SO STIPULATED AND AGREED,**

KELLER, SLOAN, ROMAN & HOLLAND LLP

DATED:  10/08/13          By: _____/S/_____
                                 Anne E. Kearns
                                 Attorneys for Plaintiff Gucci America, Inc.


TINGLEY LAW GROUP, PC

DATED:  10/08/13          By: _____/S/_____
                                 Kevin P. O'Brien
                                 Attorneys for Defendant Golden Harvest

|   |   |
|---|---|
|   | HAAPALA, THOMPSON & ABERN, LLP |
| DATED: 10/08/13 | By:_____/S/_____<br>Steven Sheriff Abern<br>Attorneys for Defendant Cynthia Chan King |
|   | VEATCH CARLSON, LLP |
| DATED: 10/08/13 | By:_____/S/_____<br>S. Martin Keleti<br>Attorneys for Defendant Juan Huynh dba T & L T Shirts (sued as TNL a/k/a T & L T Shirt) |

I hereby attest that I have been authorized by counsel for Defendants Golden Harvest Investment and Trading, Inc., Cynthia Chan King (individually and d/b/a/ Chan's Art & Gifts d/b/a Chan & Art & Gifts d/b/a/ Char's Art & Gifts d/b/a Chan Art Gifts), and Defendant TNL a/k/a T & L T Shirt to execute on their behalf this Stipulation and [Proposed] Order to Continue Case Management Conference.

Executed on this 8th day of October, 2013, at San Francisco, California.

_____/S/_____
ANNE E. KEARNS

## ORDER

FOR GOOD CAUSE SHOWN, the Case Management Conference in this case, currently scheduled for October 11, 2013 is now continued to November 1, 2013, at 8:30 a.m. in this Courtroom.

**IT IS SO ORDERED.**

Dated: October 8, 2013

_____
UNITED STATES DISTRICT COURT JUDGE
Honorable Judge Charles R. Breyer

IT IS SO ORDERED

3