KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

Attorneys for Plaintiff GUCCI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>                    Plaintiff,<br>     v.<br><br>GOLDEN HARVEST INVESTMENT AND TRADING INC., a California corporation, TNL a/k/a T & L T SHIRT, an entity of unknown make-up, CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS, DOE 1 doing business at 615 GRANT AVENUE, an entity of unknown make-up, and DOES 1-10,<br><br>                    Defendant(s). | Case Number: C 13-1197-CRB<br><br>**GUCCI AMERICA, INC. NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

**TO THE CLERK OF THE COURT:**

   **PLEASE TAKE NOTICE** that the parties settled the above referenced action in mediation on October 8, 2013, and are in the process of circulating the settlement documents.

Plaintiff requests that that November 1, 2013 Case Management Conference be taken off calendar or continued given the settlement.

DATED:  October 25, 2013         KELLER, SLOAN, ROMAN & HOLLAND LLP

By:  _____/S/_____
ANNE E. KEARNS
Attorneys for Plaintiff
GUCCI AMERICA, INC.

## **ORDER**

Given the settlement of the parties, the Case Management Conference currently set for November 1, 2013, is taken off calendar.

**IT IS SO ORDERED.**

Dated:  October 28, 2013

_____
THE HONORABLE [signature: Judge Charles R. Breyer]
UNITED STATES DISTRICT JUDGE