KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff GUCCI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOLDEN HARVEST INVESTMENT AND TRADING INC., a California corporation, TNL a/k/a T & L T SHIRT, an entity of unknown make-up, CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS, DOE 1 doing business at 615 GRANT AVENUE, an entity of unknown make-up, and DOES 1-10,<br><br>　　　　　　Defendant(s). | Case Number: C 13-1197-CRB<br><br>**CERTIFICATION THAT THE AGREED CONSIDERATION FOR SETTLEMENT HAS NOT BEEN DELIVERED IN FULL; REQUEST TO RESTORE CASE TO CALENDAR, OR ALTERNATIVELY, TO CONTINUE CERTIFICATION DEADLINE; ORDER** |

1  Pursuant to this Court's Order of Dismissal, dated October 31, 2013 [ECF 52], Plaintiff
2  GUCCI AMERICA, INC. ("Plaintiff") hereby certifies that the agreed upon consideration has not
3  been delivered by Defendant TNL a/k/a T & L T SHIRT and Defendant GOLDEN HARVEST
4  INVESTMENT AND TRADING INC.  Plaintiff therefore requests that this case be restored to
5  calendar as against those defendants.  Alternatively, Plaintiff asks this Court to continue the deadline
6  for certification 30 days to give the parties time to complete payment of the settlement.

7  Specifically, Defendant TNL a/k/a T & L T SHIRT has not agreed to or signed a settlement
8  agreement and has not delivered any payment pursuant to the terms of that agreement.

9  Plaintiff and Defendant GOLDEN HARVEST INVESTMENT AND TRADING INC. have
10 agreed to the terms of a settlement agreement, but have not yet executed the agreement or exchanged
11 consideration pursuant to the terms of that agreement. However, the parties expect the settlement
12 agreement to be signed and the consideration therefor to be exchanged within the next 14 days.

13 Plaintiff and Defendant CYNTHIA CHAN KING an individual, d/b/a CHANS ART &
14 GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS
15 have signed a settlement agreement and exchanged the required consideration.

17 DATED:  November 29, 2013        KELLER, SLOAN, ROMAN & HOLLAND LLP

19          By:  _____/S/_____
               ANNE E. KEARNS
20             Attorneys for Plaintiff
               GUCCI AMERICA, INC.

22 / / /
23 / / /
24 / / /
25 / / /

2
CERTIFICATION THAT THE AGREED CONSIDERATION FOR SETTLEMENT HAS NOT BEEN DELIVERED
IN FULL; REQUEST TO RESTORE CASE TO CALENDAR, OR ALTERNATIVELY, TO CONTINUE
CERTIFICATION DEADLINE; [PROPOSED] ORDER
CASE NO.: C13-1197 CRB

**ORDER**

The Court hereby continues the date for certification set forth in its Order of Dismissal [ECF 52] to thirty (30) days from the date of this order.

**IT IS SO ORDERED.**

Dated: Dec. 17, 2013

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA

THE HON … EYER
UNITE … GE