1  KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
2  ANNE E. KEARNS (SBN 183336) akearns@ksrh.com
   KELLER, SLOAN, ROMAN & HOLLAND LLP
3  555 Montgomery Street, 17th Floor
   San Francisco, California 94111
4  Telephone:     (415) 249-8330
   Facsimile:     (415) 249-8333
5
6  Attorneys for Plaintiff GUCCI AMERICA, INC.

<br>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation,<br><br>Plaintiff,<br>v.<br><br>GOLDEN HARVEST INVESTMENT AND TRADING INC., a California corporation, TNL a/k/a T & L T SHIRT, an entity of unknown make-up, CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS, DOE 1 doing business at 615 GRANT AVENUE, an entity of unknown make-up, and DOES 1-10,<br><br>Defendant(s). | Case Number: C 13-1197-CRB<br><br>**CERTIFICATION THAT THE AGREED CONSIDERATION FOR SETTLEMENT HAS NOT BEEN DELIVERED IN FULL; REQUEST TO CONTINUE CERTIFICATION DEADLINE TEN DAYS; ORDER** |

Pursuant to this Court's Order of Dismissal, dated October 31, 2013 [ECF 52], and this Court's Order continuing the date for certification that the agreed consideration for settlement has not been delivered, to thirty days from December 17, 2013 [ECF 57], Plaintiff GUCCI AMERICA, INC. ("Plaintiff") hereby certifies that the agreed upon consideration has not been delivered by Defendant TNL a/k/a T & L T SHIRT[1].  However, the parties are diligently working on finalizing the settlement agreement, and Plaintiff believes in good faith that the settlement will be concluded within the next seven (7) days.  Accordingly, Plaintiff asks this Court to continue the deadline for certification ten (10) days to give the parties time to complete the settlement.

DATED:  January 16, 2014        KELLER, SLOAN, ROMAN & HOLLAND LLP


By:  _____/S/_____
ANNE E. KEARNS
Attorneys for Plaintiff
GUCCI AMERICA, INC.


**ORDER**

The Court hereby continues the date for certification that the agreed consideration for settlement has not been delivered, to ten (10) days from the date of this order.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[1] Plaintiff and Defendant Defendant GOLDEN HARVEST AND INVESTMENT, INC. have entered into and signed a settlement agreement.  Plaintiff believes in good faith that the settlement monies will be delivered shortly.  Plaintiff and Defendant CYNTHIA CHAN KING, an individual, d/b/a CHANS ART & GIFTS d/b/a CHAN & ART & GIFTS d/b/a CHAN'S ART & GIFTS d/b/a CHAN ART GIFTS have signed a settlement agreement and exchanged the required consideration.  Plaintiff is concurrently filing the necessary documents with the Court with respect to these settlements.